**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| DEBTOR'S NAME | CASE NUMBER | DATE OF LAST PAYMENT | ESTIMATED AMOUNT OF ARREARAGE *AS OF 09/10/2015 # of months: 1 |
|---|---|---|---|
| **MARTHA R HENLEY** | **13-60881** | **09/04/2015** | **$15,000.00** |

### TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING

Herbert L. Beskin, Trustee of the estate of the above captioned Chapter 13 Debtor, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the Debtor aforementioned **has failed to pay a lump sum of $15,000.00 by July 31, 2015 from the sale of the jointly owned land in Amherst County** .

**PLEASE TAKE NOTICE** that on **November 19, 2015** at **9:30 A.M.**, in U. S. Courthouse, 1101 Court Street, Lynchburg, VA  24504-the Trustee will present and argue the foregoing Petition to Dismiss .

***The Trustee may request immediate dismissal of the case unless Debtor and Debtor's counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.***

I hereby certify that on September 10, 2015, copies of this Petition and Notice have been mailed to, Debtor, MARTHA R HENLEY, 4806 TYREEANNA ROAD, LYNCHBURG, VA  24504, and that the Attorney for the Debtor has been notified electronically by ECF.

/s/ Herbert L. Beskin

Herbert L. Beskin Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email:
ch13staff@cvillech13.net

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email: ch13staff@cvillech13 .net